David H. Stern (SBN: 196408)
dstern@winston.com
Kamala S. Haake Whattoff (SBN: 245496)
khaake@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Plaintiff and Counter-Defendant
PESTMASTER FRANCHISE NETWORK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| PESTMASTER FRANCHISE NETWORK, INC.,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>PAUL DUNCAN, et al.,<br><br>　　　Defendant.<br><br>PAUL DUNCAN, et al.,<br><br>　　　Counter-Claimant,<br><br>　　vs.<br><br>PESTMASTER FRANCHISE NETWORK, INC.<br><br>　　　Counter-Defendant. | **Case No. EDCV 08-505 VAP (OPx)**<br><br>**[PROPOSED] PROTECTIVE ORDER GOVERNING CONFIDENTIALITY**<br><br>(Before the Honorable Virginia A. Phillips) |

## **ORDER**

The Court, having considered read and considered the Stipulated Protective Order Governing Confidentiality ("Stipulation") that the parties executed, and good cause appearing therein,

IT IS HEREBY ORDERED that the Stipulation and its terms and conditions, which are incorporated herein by reference, is approved and effective pursuant to its terms.

Date: 2/20/09

Hon. Oswald Parada
United States Magistrate Judge

-2-
[PROPOSED] PROTECTIVE ORDER